IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:12cr130-MHT |
| | ) | (WO) |
| CORNELIUS DEUNDRA BYRD | ) | |

ORDER

Based on the representations made on the record today that the United States Bureau of Prisons seeks relief pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and that the government has no objection, it is ORDERED that the unopposed emergency motion for immediate release (doc. no. 57) is granted and the judgment (doc. no. 52) is amended to reflect that defendant Cornelius Deundra Byrd is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of "time-served" rather than 45 months.  All other aspects of said judgment, including the requirements regarding supervised release, are unchanged.

DONE, this the 10th day of April, 2015.

                                                /s/ Myron H. Thompson\
                                        UNITED STATES DISTRICT JUDGE